United States District Court
Southern District of Texas
**ENTERED**
March 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EVGENII BONDARENKO, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:26-CV-163 |
| § | |
| KRISTI NOEM, § | |
| § | |
| Respondent. § | |

## ORDER

Petitioner Evgenii Bondarenko is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. Petitioner is proceeding *pro se* and presents a petition for writ of habeas corpus, requesting his immediate release from ICE custody, or in the alternative, "release me base [sic] on bond hearing court[.]" (Petition, Doc. 1, 7) The Court construes his petition as challenging the basis of his continued detention without a bond hearing.

To facilitate the Court's consideration of the matter, it is:

**ORDERED** that by no later than March 27, 2026, Respondents shall file a Statement informing the Court of the status of any removal proceedings against Petitioner and the basis for his continued detention.

The Clerk of Court shall serve a copy of the Petition (Doc. 1) and this Order upon Respondents.

Signed on March 6, 2026.

Fernando Rodriguez, Jr.
United States District Judge