UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EVGENII BONDARENKO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-163 |
| | § | |
| MARKWAYNE MULLIN[1], | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Evgenii Bondarenko is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. In his Petition for Writ of Habeas Corpus (Doc. 1), he seeks his immediate release from custody.

On March 6, the Court ordered Respondent to file a Response by no later than March 27, 2026. (Order, Doc. 6) After the deadline passed and Respondent had made no filing, Petitioner filed a Motion to Enforce Court Order and for Immediate Release (Doc. 8).

While Respondent filed no Response, the record does not reflect that the Order was served on Respondent. Accordingly, it is:

**ORDERED** that Respondent shall file a Response by no later than May 1, 2026, informing the Court of the status of any removal proceedings against Petitioner and the basis for his continued detention; and

**ORDERED** that Petitioner Evgenii Bondarenko's Motion to Enforce Court Order and for Immediate Release (Doc. 8) is **DENIED**.

---

[1] Markwayne Mullin, the current Secretary of the Department of Homeland Security, is substituted as Respondent in place of Kristi Noem, pursuant to Federal Rule of Civil Procedure 25(d). The Clerk of Court shall update the case caption to reflect this change.

The Clerk of Court shall serve a copy of the Petition (Doc. 1) and this Order upon Respondent.

Signed on April 10, 2026.

Fernando Rodriguez, Jr.
United States District Judge